NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CAPSA SOLUTIONS LLC,**
*Appellant*

**v.**

**HOWARD INDUSTRIES, INC.,**
*Appellee*

---

2025-1675, 2025-1676

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01275, IPR2023-01274.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2            CAPSA SOLUTIONS LLC v. HOWARD INDUSTRIES, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

July 31, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 31, 2025